UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     KATHY J. CARROW-PONCE <br><br>     Debtor | Chapter 13 <br><br> Bankruptcy No. 22-12821-MDC |

<u>CERTIFICATE OF SERVICE</u>

    I, Kenneth E. West, Esq., do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 5th day of March, 2024 by first class mail upon those listed below:

KATHY J. CARROW-PONCE
12 W ROLAND RD
BROOKHAVEN, PA  19015

**Electronically via ECF/System ONLY:**

MICHAEL A. CIBIK, ESQ.

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

                                                                  */s/ Kenneth E. West, Esq.*
                                                                  Kenneth E. West, Esq.
                                                                  Standing Chapter 13 Trustee