United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kathy J. Carrow-Ponce  
    Debtor

Case No. 22-12821-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Apr 18, 2024     Form ID: pdf900     Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kathy J. Carrow-Ponce, 12 W Roland Rd, Brookhaven, PA 19015-3226 |
| 14731452 | | Borough of Parkside, 22 E Elbon Rd, Brookhaven, PA 19015-3318 |
| 14731455 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14731456 | | Del. Cnty. Water Quality Control Auth., 100 E 5th St, Chester, PA 19013-4508 |
| 14774640 | + | Delaware County Regional Water, Quality Control Authority, 100 East 5th Street, Chester, PA 19013-4508 |
| 14731457 | # | Delaware County Solid Waste Authority, 1521 N Providence Rd, Media, PA 19063-1039 |
| 14731462 | + | Penn-Delco School District, 2821 Concord Road, Aston, PA 19014-2945 |
| 14736638 | + | Pennsylvania Housing Finance Agency, c/o Leon P. Haller, Esq., 1719 North Front Street, Harrisburg, PA 17102-2305 |
| 14731466 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 19 2024 00:10:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: blegal@phfa.org | Apr 19 2024 00:09:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, Pa 17101-1406 |
| 14743515 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:28:37 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14731453 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2024 00:12:42 | Capital One/Walmart, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14731454 | + | Email/Text: ngisupport@radiusgs.com | Apr 19 2024 00:08:00 | Central Credit Services, LLC, Attn: Bankruptcy Attn: Bankruptcy, 9550 Regency Square Blvd, Ste 500 A, Jacksonville, FL 32225-8169 |
| 14731458 | + | Email/Text: duffyk@co.delaware.pa.us | Apr 19 2024 00:10:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 14731459 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Apr 19 2024 00:08:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy Attn: Bankruptcy, 5 Hillman Dr, Ste 100, Chadds Ford, PA 19317-9998 |
| 14731460 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 19 2024 00:09:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14731461 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 19 2024 00:10:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy 16 McLeland Road, Saint Cloud, MN 56303 |
| 14734194 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:28:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14731465 | | Email/Text: blegal@phfa.org | Apr 19 2024 00:09:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14731463 | | Email/Text: fesbank@attorneygeneral.gov | Apr 19 2024 00:09:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14731467 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2024 00:28:37 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14731464 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2024 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14736416 | + | Email/Text: blegal@phfa.org | Apr 19 2024 00:09:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14736960 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2024 00:12:16 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14731469 | + | Email/Text: bankruptcy@sw-credit.com | Apr 19 2024 00:09:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 14731468 | + | Email/Text: clientservices@simonsagency.com | Apr 19 2024 00:10:00 | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 14731470 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 19 2024 00:28:18 | Syncb/PLCC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14732507 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 19 2024 00:12:31 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14731472 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 19 2024 00:10:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14731473 | ^ | MEBN | Apr 18 2024 23:59:47 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14731474 | ^ | MEBN | Apr 18 2024 23:59:34 | Waypoint Resource Group, Attn: Bankruptcy 301 Sundance Pkwy, Round Rock, TX 78681-8004 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14731471 | | Synchrony Bank/JCPenney, FL 32896, Attn: Bankruptcy, Orlando,, PO Box 965060 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024          Signature:     /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 18, 2024 | Form ID: pdf900 | Total Noticed: 32

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kathy J. Carrow-Ponce help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Kathy J. Carrow-Ponce help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    KATHY J. CARROW-PONCE

Chapter 13

Bankruptcy No. 22-12821-AMC

Debtor

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: April 18, 2024

_____  
Honorable Ashely M. Chan  
Bankruptcy Judge